Eric F. Leon
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HALPERN DENNY FUND II, L.P., NEW ENTERPRISE ASSOCIATES VI, LIMITED PARTNERSHIP, and NEW ENTERPRISE ASSOCIATES VII, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MARK NEUENSCHWANDER, <br><br> Defendant. | Civil Case No. 07-CV-10443 |

### STIPULATION TO DISMISSAL WITH PREJUDICE

The parties hereto, by their respective counsel, hereby give notice to this court per Fed. R. Civ. P. 41(a) that all claims by plaintiffs against defendant Mark Neuenschwander have been settled and this action may be dismissed with prejudice and without an award of costs or fees to any party.

DATED this 9th day of January, 2008.

By: _____
Eric F. Leon, Bar No. 5380
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800

Attorneys for Plaintiffs

By: _____
Alexander Sikoscow (AS4076)
COZEN O'CONNOR
16th Floor, 45 Broadway
New York, New York 10006
Telephone: (212) 509-9400

Attorneys for Defendant

SEADOCS:310447.1